```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

                Plaintiff,

     - against -                              ORDER

PEGASUS MARITIME, INC., AND MOD TEXTILE &    22 Civ. 10527 (NRB)
PERFUMES, INC.,

                Defendants.

--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:   New York, New York
         May 26, 2023

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE